UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | ED CV 10-00877-RGK | Date | June 10, 2011 |

| Title | IN RE BUD DONALD GRANT AND LINDA FERNANDEZ GRANT |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |

| Sharon L. Williams | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None appearing | None appearing |

**Proceedings:**           (IN CHAMBERS)  Order to Show Cause re Dismissal re Lack of Prosecution


        The Court, on its own motion, hereby orders appellant, **KENNETH J. CUMMINS**, to show cause in writing no later than **JUNE 20, 2011** why this action should not be dismissed for lack of prosecution. This order is based upon the Notice Re: Bankruptcy Record Complete, Briefing Schedule and Notice of Entry, filed on May 24, 2011.  Appellant's opening brief was due June 7, 2011.

        In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be held unless ordered by the Court.  The order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court order may result in the dismissal of the action.

        **IT IS SO ORDERED.**